UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARQUIS BRANDELL DUGGS,

    Plaintiff,

v.                                         Case No. 3:16cv382-MCR-CJK

JOSHUA D. HATTAWAY, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter, filed pursuant to 42 U.S.C. § 1983, was transferred to this court from the Middle District of Florida. On August 26, 2016, the undersigned entered an order (doc. 6) granting plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, assessing $2.40 as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A), and allowing plaintiff thirty days in which to submit that amount. After more than thirty days passed and plaintiff failed to pay the fee, the undersigned entered an order (doc. 7) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or

failure to comply with an order of the court. More than fourteen days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 17th day of October, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**</u> **A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:16cv382-MCR-CJK